IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **BRENDAN NUNEMACHER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:18-CV-00140-JAR |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brendan Nunemacher and Defendant UNUM Life Insurance Company of America, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refiling thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

**Respectfully submitted**,

| | |
|---|---|
| *s/ Jonathan E. Shook* | *s/ Robert J. Golterman* |
| Jonathan E. Shook, MO Bar #68898 | Robert J. Golterman, #37021 |
| SHOOK & JOHNSON, PLLC | LEWIS RICE LLC |
| 7733 Forsyth Blvd, Suite 1100 | 600 Washington Ave., Suite 2500 |
| Clayton, MO  63105 | St. Louis, MO  63101 |
| PH:  (314) 296-6095 | (314) 444-7745 |
| FX:  (314) 296-6001 | (314) 612-7745 (fax) |
| Email:  jshook@shookjohnson.com | Email:  rgolterman@lewisrice.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

So Ordered

*/s/ John A. Ross*
12/10/2018